Michael A. BAILEY,[1] Petitioner Below, Appellant,

v.

Jackie J. JACKSON, Respondent Below, Appellee.

No. 428, 2015

Supreme Court of Delaware.

Submitted: August 31, 2015

Decided: October 6, 2015

Court Below—Family Court of the State of Delaware, in and for New Castle Coun-

---

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

ty, File No. CN08–05031, Petition Nos. 13–38057, 14–05488, and 14–16798

DISMISSED.